**Order filed June 21, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-11-01052-CV
_____

**ANGELINA GAILEY, IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF PATRICK LEE GAILEY, DECEASED, Appellant**

**V.**

**PASQUAL GUTIERREZ, Appellee**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2010-78995**

---

## O R D E R

The notice of appeal in this case was filed December 6, 2011. To date, the clerk's record has not been filed. To date, the filing fee of $175.00 has not been paid. On January 12, 2012, appellant Angelina Gailey filed a suggestion of bankruptcy. This court abated the appeal on January 24, 2012. On April 13, 2012, this court received notice that appellant's bankruptcy had been discharged. On April 16, 2012, this court reinstated the appeal. On May 11, 2012, appellant filed a second suggestion of bankruptcy. In the document filed, appellant states that Benjamin E. Wiseman and the Estate of Patrick L. Gailey have filed petitions for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Texas. Appellant attached no

evidence of either petition in bankruptcy.  Further, Benjamin Wiseman is not a party to this appeal.  No evidence that appellant has established indigence has been filed.  *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **July 11, 2012.**  *See* Tex. R. App. P. 5.  If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM